IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BECKY L. RIDNER,** | : | |
| Plaintiff | : | |
| | : | Civil Action No. 3:11-cv-00572 |
| v. | : | (Chief Judge Kane) |
| | : | |
| **SALISBURY BEHAVIORAL** | : | |
| **HEALTH, INC.,** | : | |
| Defendant | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Presently pending before the Court is Magistrate Judge Methvin's Report and Recommendation. (Doc. No. 14.) In the report, Judge Methvin recommends that Defendant Salisbury Behavioral Health, Inc.'s motion to dismiss Plaintiff Becky L. Ridner's complaint (Doc. No. 6) be denied, except as it relates to Plaintiff's request for damages for pain and suffering. (Doc. No. 14 at 14.) No timely objections have been filed. Further, Plaintiff, in her brief in opposition, states that paragraph 15 of her complaint, which requests damages for pain and suffering, may be stricken. (Doc. No. 8 at 12.)

**ACCORDINGLY**, on this 25th day of October 2011, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. No. 14) is **ADOPTED**.

2. Defendant's motion to dismiss (Doc. No. 6) is **DENIED**, except as it relates to Plaintiff's request for damages for pain and suffering.

S/ Yvette Kane<br>
Yvette Kane, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania